IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01523

MAUREEN MORROW,

    Plaintiff,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

    Defendant.

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant State Farm Fire and Casualty Company ("State Farm"), through undersigned counsel, hereby removes this action from the District Court of El Paso County (Case No. 2018CV31259) to the United States District Court for the District of Colorado, and state as follows:

1. This is a breach of contract action for damages allegedly incurred as a result of State Farm's failure to pay benefits under plaintiff's homeowner's insurance policy.

2. Plaintiff Maureen Morrow started this action on May 21, 2018, by filing her Complaint (the "Complaint") in El Paso County District Court, Colorado. Plaintiff served a copy of the summons and Complaint on State Farm on May 29, 2018.

3. The Complaint alleges a water leak was found in Ms. Morrow's home by a neighbor, while Ms. Morrow was away for the summer. Upon being notified of the leak, Ms. Morrow notified her homeowner's insurance carrier, State Farm. After inspecting the property,

the State Farm adjuster determined the leak had come from a plastic water supply line for the refrigerator. State Farm ultimately denied Ms. Morrow's claim. (Compl. ¶¶ 5-7).

4. Plaintiff asserts claims for breach of contract (Compl. ¶¶ 12-17), bad faith breach of insurance contract (Compl. ¶¶ 19-21), and violation of C.R.S. §§ 10-3-1115 and 10-3-1116 (Compl. ¶¶ 23-26).

I. **THIS COURT HAS ORIGINAL JURISDICTION OVER THIS ACTION**

5. This Court has subject matter jurisdiction under 28 U.S.C. § 1332, which confers original jurisdiction over "all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between…citizens of different States."

    A. **A Sufficient Amount is in Controversy**

6. The amount in controversy exceeds $75,000, exclusive of interest and costs. The Complaint does not demand a specific amount, but "a plaintiff cannot avoid removal merely by declining to allege the jurisdictional amount." *McPhail v. Deere & Co.*, 529 F.3d 947, 955 (10th Cir. 2008).

7. Plaintiff seeks to recover for pecuniary losses resulting from the denial of her claim for benefits under her State Farm policy, including two times the amount of covered benefits she claims were unreasonably delayed or denied, attorney's fees, costs, and other relief. (Compl. at 4.)

8. Further, Plaintiff's civil cover sheet indicates she is seeking more than $100,000 in damages. While "reliance solely on the civil cover sheet to establish the jurisdictional amount is insufficient," the District of Colorado has found the cover sheet to nonetheless "provide notice" that a plaintiff is "seeking more than $75,000 in damages." *Kirwan v. Home Depot*

*U.S.A., Inc.*, Civil Action No. 16-cv-00387-WYD-CBS, 2016 WL 1376212, at *2 n. 1(D. Colo. Apr. 6, 2016).

### B. The Parties are Diverse

9. Complete diversity of citizenship exists between Plaintiff and all remaining Defendants.

10. Plaintiff is a citizen of Colorado. (Compl. ¶ 1.)

11. At the time this lawsuit was filed and at all times since, Defendant State Farm is an Illinois corporation, with its corporate headquarters in Bloomington, IL.

### C. All Other Requirements For Removal Are Satisfied

12. The Notice of Removal is timely filed. Plaintiff's Complaint was filed on May 21, 2018, and served on State Farm on May 29, 2018. The notice of removal "shall be filed within 30 days after the receipt by the defendant . . . of a copy of the initial pleading . . . ." 28 U.S. ¶ 1446(b)(1). Thus, removal is timely if completed prior to June 28, 2018.

13. This Court is a proper venue for this action, pursuant to 28 U.S.C. § 1441(a). The United States District Court for the District of Colorado embraces El Paso County, where the state court action is now pending. 28 U.S.C. § 84(a).

14. No previous application has been made for the relief requested herein.

15. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon State Farm is attached hereto as Exhibit A.

16. Pursuant to 28 U.S.C. § 1446(d), a Notice of Filing of Notice of Removal and the Notice of Removal will be served upon counsel for Plaintiff and will be filed with the clerk for

the El Paso County District Court. A copy of the Notice of Filing of Notice of Removal is attached as Exhibit B.

17. No waiver and no admission of fact, law, or liability, including without limitation the amount of damages, if any, is intended by this Notice of Removal, and all defenses, affirmative defenses, and rights are hereby reserved.

WHEREFORE, Defendant State Farm respectfully requests the removal of Case No. 2018CV31259 from the El Paso County District Court, Colorado, to the instant Court.

Dated: June 18, 2018  Respectfully submitted,

*s/ John R. Trigg*
John R. Trigg
Jasmine J. Reed
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647
Telephone:  303.244.1800
Facsimile:  303.244.1879
Email:   trigg@wtotrial.com
          reed@wtotrial.com

Attorneys for Defendant
State Farm Fire and Casualty Company

5

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on June 18, 2018, I electronically filed the foregoing **NOTICE OF REMOVAL** with the Clerk of Court and served the following parties via e-mail:

- **Bradley A. Levin**
  bal@levinsitcoff.com

- **Kerri J. Rugh**
  kjr@levinsitcoff.com

*s/ John R. Trigg*